No. 03–10207. GOODMAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10208. HARTSELL v. GALLAGHER BASSETT SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 03–10209. HOGAN v. MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 03–10211. REYES v. VERIZON DATA SERVICES, INC. C. A. 11th Cir. Certiorari denied.

No. 03–10213. HAMPTON v. EPSTEIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10214. GRIER v. MOORE, ADMINISTRATOR, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10215. GREEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–10217. HARRIS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 03–10222. THORNTON v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10224. ROLAND v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10228. CRAWFORD v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 03–10234. WILSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 03–10235. JOSEPH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–10238. ABREU ACEVES v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.